**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  GABRILO, ZIVKO  §  Case No. 17-04352
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/15/2017. The undersigned trustee was appointed on 02/15/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        33,916.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,396.00 |
| Bank service fees | 144.01 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 30,375.99 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 08/03/2017 and the deadline for filing governmental claims was 08/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,141.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $4,141.60, for a total compensation of $4,141.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $25.42 for total expenses of $25.42[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2017　　　　　　　　　　　By: /s/ Richard M. Fogel
　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 17-04352  
**Case Name:** GABRILO, ZIVKO  
**For Period Ending:** 11/06/2017

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 02/15/2017 (f)  
**§ 341(a) Meeting Date:** 03/14/2017  
**Claims Bar Date:** 08/03/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and related accessories<br>1/2 interest normal household goods and related accessories/ liquidation value- EXEMPT | 2,500.00 | 0.00 | | 0.00 | FA |
| 2 | Wearing apparel<br>normal wardrobe and related accessories- EXEMPT | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Cash- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Stock and business interests<br>FFQ Construction Company/ minimal assets, 25% ownership- EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Retirement accounts<br>IRA: TDAmeritrade IRA- EXEMPT | 42,000.00 | 0.00 | | 0.00 | FA |
| 6 | Avoidance action (u)<br>Trustee asserted claim against debtor's spouse to recovered transferred compensation. Settlement approved per o/c 7-20-17. | 0.00 | Unknown | | 33,916.00 | FA |
| 6 | Assets     Totals     (Excluding unknown values) | **$48,700.00** | **$0.00** | | **$33,916.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   12/29/2017          **Current Projected Date Of Final Report (TFR):**   12/29/2017

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 17-04352 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GABRILO, ZIVKO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4026 | Account #: | ******8700 Checking |
| For Period Ending: | 11/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/2017 | {6} | Linda S Gabrilo | Settlement proceeds per o/c 7-20-17 | 1241-000 | 33,916.00 |  | 33,916.00 |
| 08/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 47.15 | 33,868.85 |
| 09/29/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 47.09 | 33,821.76 |
| 10/10/2017 | 101 | DEPARTMENT OF TREASURY | 30-6574026 2017 Form 1041 | 2810-000 |  | 2,135.00 | 31,686.76 |
| 10/10/2017 | 102 | ILLINOIS DEPARTMENT OF REVENUE | 30-6574026 2017 Form IL-1041-V | 2820-000 |  | 1,261.00 | 30,425.76 |
| 10/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 49.77 | 30,375.99 |
|  |  | **COLUMN TOTALS** |  |  | 33,916.00 | 3,540.01 | $30,375.99 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 33,916.00 | 3,540.01 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$33,916.00** | **$3,540.01** |  |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-04352 | | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | GABRILO, ZIVKO | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4026 | | **Account #:** | ******8700 Checking |
| **For Period Ending:** | 11/06/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8700 Checking | $33,916.00 | $3,540.01 | $30,375.99 |
| | $33,916.00 | $3,540.01 | $30,375.99 |

Page: 1

# Exhibit C

## Exhibit C

**Case:** 17-04352              **ZIVKO GABRILO**

Claims Bar Date: 08/03/17

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2S | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>COLORADO SPRINGS, CO 80962-4400<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100<br>Claim withdrawn 8/14/17 | Secured<br>05/16/17 | | $24,200.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/07/17 | | $4,141.60<br>$4,141.60 | $0.00 | $4,141.60 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>11/06/17 | | $25.42<br>$25.42 | $0.00 | $25.42 |
| | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0148<br><2810-000 Income Taxes - Internal Revenue Service (post-petition)><br>, 200<br>2017 federal income tax | Administrative<br>10/10/17 | | $2,135.00<br>$2,135.00 | $2,135.00 | $0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053<br><2820-000 Other State or Local Taxes (post-petition)><br>, 200<br>2017 state income taxes | Administrative<br>10/10/17 | | $1,261.00<br>$1,261.00 | $1,261.00 | $0.00 |
| | Kutchins, Robbins & Diamond, Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>11/06/17 | | $918.00<br>$918.00 | $0.00 | $918.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C

# Exhibit C

**Case: 17-04352**                                    **ZIVKO GABRILO**

Claims Bar Date: 08/03/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/05/17 | | $10,488.30<br>$10,488.30 | $0.00 | $10,488.30 |
| 2U | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>COLORADO SPRINGS, CO 80962-4400<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim withdrawn 8/14/17 | Unsecured<br>05/16/17 | | $771.94<br>$0.00 | $0.00 | $0.00 |
| 3 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/31/17 | | $15,830.25<br>$15,830.25 | $0.00 | $15,830.25 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/08/17 | | $810.13<br>$810.13 | $0.00 | $810.13 |
| 5 | Capital One, N.A. c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/12/17 | | $1,334.14<br>$1,334.14 | $0.00 | $1,334.14 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/18/17 | | $3,921.73<br>$3,921.73 | $0.00 | $3,921.73 |

# Exhibit C

## Exhibit C

**Case: 17-04352**  ZIVKO GABRILO

Claims Bar Date: 08/03/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/28/17 | | $10,700.98 $10,700.98 | $0.00 | $10,700.98 |
| 8 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 07/28/17 | | $6,884.55 $6,884.55 | $0.00 | $6,884.55 |
| 9 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC PO Box 2011 Warren, MI 48090 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/02/17 | | $809.87 $809.87 | $0.00 | $809.87 |
| 10 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC PO Box 2011 Warren, MI 48090 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/02/17 | | $564.38 $564.38 | $0.00 | $564.38 |
| 11 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC PO Box 2011 Warren, MI 48090 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/02/17 | | $2,328.25 $2,328.25 | $0.00 | $2,328.25 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 17-04352**　　　　　　　　　　　　**ZIVKO GABRILO**

Claims Bar Date: 08/03/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/02/17 | | $15,570.11<br>$15,570.11 | $0.00 | $15,570.11 |
| 13 | CACH, LLCc/o Resurgent Capital Services<br>PO BOX 10675<br>Greenville, SC 29603-0675<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/03/17 | | $2,252.40<br>$2,252.40 | $0.00 | $2,252.40 |
| 14 | CACH, LLCc/o Resurgent Capital Services<br>PO BOX 10675<br>Greenville, SC 29603-0675<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/03/17 | | $12,789.63<br>$12,789.63 | $0.00 | $12,789.63 |
| 15 | CACH, LLCc/o Resurgent Capital Services<br>PO BOX 10675<br>Greenville, SC 29603-0675<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/03/17 | | $7,920.11<br>$7,920.11 | $0.00 | $7,920.11 |
| 16 | MB Financial Bank, as successor by merger to Americ/o Gregory A. McCormick, attorney<br>180 N Stetson, Suite 1300<br>Chicago, IL 60601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/03/17 | | $427,306.95<br>$427,306.95 | $0.00 | $427,306.95 |
| 17 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/03/17 | | $9,444.55<br>$9,444.55 | $0.00 | $9,444.55 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case Total:**　　**$3,396.00**　　**$534,041.35**

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-04352
Case Name: ZIVKO GABRILO
Trustee Name: Richard M. Fogel

**Balance on hand:** $ 30,375.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Ford Motor Credit Company, LLC | 24,200.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 30,375.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 4,141.60 | 0.00 | 4,141.60 |
| Trustee, Expenses - Richard M. Fogel | 25.42 | 0.00 | 25.42 |
| Income Taxes - Internal Revenue Service (post-petition) - DEPARTMENT OF TREASURY | 2,135.00 | 2,135.00 | 0.00 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPARTMENT OF REVENUE | 1,261.00 | 1,261.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 918.00 | 0.00 | 918.00 |

Total to be paid for chapter 7 administrative expenses: $ 5,085.02
Remaining balance: $ 25,290.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 25,290.97

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 25,290.97 |

**UST Form 101-7-TFR(5/1/2011)**

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $528,956.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | TD Bank, USA by American InfoSource LP as agent | 10,488.30 | 0.00 | 501.49 |
| 2U | Ford Motor Credit Company, LLC | 0.00 | 0.00 | 0.00 |
| 3 | Cavalry SPV I, LLC | 15,830.25 | 0.00 | 756.90 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 810.13 | 0.00 | 38.73 |
| 5 | Capital One, N.A. c/o Becket and Lee LLP | 1,334.14 | 0.00 | 63.79 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP | 3,921.73 | 0.00 | 187.51 |
| 7 | Capital One Bank (USA), N.A. | 10,700.98 | 0.00 | 511.65 |
| 8 | Capital One Bank (USA), N.A. | 6,884.55 | 0.00 | 329.17 |
| 9 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 809.87 | 0.00 | 38.72 |
| 10 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 564.38 | 0.00 | 26.98 |
| 11 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 2,328.25 | 0.00 | 111.32 |
| 12 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 15,570.11 | 0.00 | 744.45 |
| 13 | CACH, LLCc/o Resurgent Capital Services | 2,252.40 | 0.00 | 107.69 |
| 14 | CACH, LLCc/o Resurgent Capital Services | 12,789.63 | 0.00 | 611.51 |
| 15 | CACH, LLCc/o Resurgent Capital Services | 7,920.11 | 0.00 | 378.68 |
| 16 | MB Financial Bank, as successor by merger to Americ/o Gregory A. McCormick, attorney | 427,306.95 | 0.00 | 20,430.81 |
| 17 | Portfolio Recovery Associates, LLC | 9,444.55 | 0.00 | 451.57 |
| | Total to be paid for timely general unsecured claims: | | $ | 25,290.97 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $  0.00 |
| Remaining balance: | $  0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $  0.00 |
| Remaining balance: | $  0.00 |

**UST Form 101-7-TFR(5/1/2011)**