**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-04352 |
| | ) | |
| Zivko Gabrilo, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge LaShonda Hunt |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on November 30, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0489375.DOC}

# Mailing Information for Case 17-04352

## Electronic Mail Notice List

- Denise A Delaurent    USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov

- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

- John E Gierum    john@gierummantas.com, karen@gierummantas.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- Michael L Sherman    shermlaw1@aol.com

## Manual Notice List (Via U.S. Mail)

TD Bank, USA by American InfoSource LP
as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

LVNV Funding, LLC its successors and
assigns as assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Midland Funding LLC Midland Credit
Management, Inc as agent for Midland
Funding, LLC
PO Box 2011
Warren, MI 48090

CACH, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

MB Financial Bank, as successor by
merger to Ameri
c/o Gregory A. McCormick, attorney
180 N Stetson, Suite 1300
Chicago, IL 60601

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541