**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: GABRILO, ZIVKO § Case No. 17-04352
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $48,700.00 | Assets Exempt: | $48,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $25,290.97 | Claims Discharged Without Payment: | $1,672,188.60 |
| Total Expenses of Administration: | $8,625.03 | | |

3) Total gross receipts of $33,916.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $33,916.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $93,150.82 | $24,200.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,625.03 | $8,625.03 | $8,625.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,693,141.27 | $529,728.27 | $528,956.33 | $25,290.97 |
| **TOTAL DISBURSEMENTS** | $1,786,292.09 | $562,553.30 | $537,581.36 | $33,916.00 |

4) This case was originally filed under chapter 7 on 02/15/2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2018        By: /s/ Richard M. Fogel
                                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance action | 1241-000 | $33,916.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,916.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Ford Motor Credit Company, LLC | 4110-000 | $24,200.00 | $24,200.00 | $0.00 | $0.00 |
| N/F | Chase Mtg | 4110-000 | $56,323.00 | NA | NA | NA |
| N/F | Honda Financial Services | 4110-000 | $12,627.82 | NA | NA | NA |
| | **TOTAL SECURED** | | **$93,150.82** | **$24,200.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $4,141.60 | $4,141.60 | $4,141.60 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $25.42 | $25.42 | $25.42 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $144.01 | $144.01 | $144.01 |
| Income Taxes - Internal Revenue Service (post-petition) - DEPARTMENT OF TREASURY | 2810-000 | NA | $2,135.00 | $2,135.00 | $2,135.00 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $1,261.00 | $1,261.00 | $1,261.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $918.00 | $918.00 | $918.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$8,625.03** | **$8,625.03** | **$8,625.03** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA by American InfoSource LP as agent | 7100-000 | NA | $10,488.30 | $10,488.30 | $501.49 |
| 2U | Ford Motor Credit Company, LLC | 7100-000 | $1,168.32 | $771.94 | $0.00 | $0.00 |
| 3 | Cavalry SPV I, LLC | 7100-000 | $15,830.00 | $15,830.25 | $15,830.25 | $756.90 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | 7100-000 | $697.00 | $810.13 | $810.13 | $38.73 |
| 5 | Capital One, N.A. c/o Becket and Lee LLP | 7100-000 | NA | $1,334.14 | $1,334.14 | $63.79 |
| 6 | American Express Centurion Bank c/o Becket and Lee LLP | 7100-000 | NA | $3,921.73 | $3,921.73 | $187.51 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $10,700.98 | $10,700.98 | $511.65 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | NA | $6,884.55 | $6,884.55 | $329.17 |
| 9 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 7100-000 | $810.00 | $809.87 | $809.87 | $38.72 |
| 10 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 7100-000 | $564.00 | $564.38 | $564.38 | $26.98 |
| 11 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 7100-000 | $2,328.00 | $2,328.25 | $2,328.25 | $111.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | 7100-000 | $15,570.00 | $15,570.11 | $15,570.11 | $744.45 |
| 13 | CACH, LLCc/o Resurgent Capital Services | 7100-000 | NA | $2,252.40 | $2,252.40 | $107.69 |
| 14 | CACH, LLCc/o Resurgent Capital Services | 7100-000 | NA | $12,789.63 | $12,789.63 | $611.51 |
| 15 | CACH, LLCc/o Resurgent Capital Services | 7100-000 | $7,217.00 | $7,920.11 | $7,920.11 | $378.68 |
| 16 | Clerk of the U.S. Bankruptcy Court - MB Financial Bank, as successor by merger to Americ/o Gregory A. McCormick, attorney | 7100-001 | $470,988.71 | $427,306.95 | $427,306.95 | $20,430.81 |
| 17 | Portfolio Recovery Associates, LLC | 7100-000 | $9,445.00 | $9,444.55 | $9,444.55 | $451.57 |
| N/F | American Chartered Bank | 7100-000 | $990,360.06 | NA | NA | NA |
| N/F | First Suburban National Bank | 7100-000 | $178,163.18 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,693,141.27** | **$529,728.27** | **$528,956.33** | **$25,290.97** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

| Case No.: | 17-04352 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | GABRILO, ZIVKO | Date Filed (f) or Converted (c): | 02/15/2017 (f) |
| | | § 341(a) Meeting Date: | 03/14/2017 |
| For Period Ending: | 05/03/2018 | Claims Bar Date: | 08/03/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and related accessories<br>1/2 interest normal household goods and related accessories/ liquidation value- EXEMPT | 2,500.00 | 0.00 | | 0.00 | FA |
| 2 | Wearing apparel<br>normal wardrobe and related accessories- EXEMPT | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash<br>Cash- EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Stock and business interests<br>FFQ Construction Company/ minimal assets, 25% ownership- EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Retirement accounts<br>IRA: TDAmeritrade IRA- EXEMPT | 42,000.00 | 0.00 | | 0.00 | FA |
| 6 | Avoidance action  (u)<br>Trustee asserted claim against debtor's spouse to recovered transferred compensation.  Settlement approved per o/c 7-20-17. | 0.00 | Unknown | | 33,916.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$48,700.00** | **$0.00** | | **$33,916.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- TFR filed 11/20/17 and funds were disbursed on 12/21/17.

**Initial Projected Date Of Final Report (TFR):**   12/29/2017          **Current Projected Date Of Final Report (TFR):**   11/30/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-04352 | Trustee Name: | Richard M. Fogel (330720) |
| --- | --- | --- | --- |
| Case Name: | GABRILO, ZIVKO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4026 | Account #: | ******8700 Checking |
| For Period Ending: | 05/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/01/17 | {6} | Linda S Gabrilo | Settlement proceeds per o/c 7-20-17 | 1241-000 | 33,916.00 | | 33,916.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.15 | 33,868.85 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.09 | 33,821.76 |
| 10/10/17 | 101 | DEPARTMENT OF TREASURY | 30-6574026 2017 Form 1041 | 2810-000 | | 2,135.00 | 31,686.76 |
| 10/10/17 | 102 | ILLINOIS DEPARTMENT OF REVENUE | 30-6574026 2017 Form IL-1041-V | 2820-000 | | 1,261.00 | 30,425.76 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.77 | 30,375.99 |
| 12/21/17 | 103 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $4,141.60; Claim # FEE; Filed: $4,141.60 | 2100-000 | | 4,141.60 | 26,234.39 |
| 12/21/17 | 104 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $25.42; Claim # TE; Filed: $25.42 | 2200-000 | | 25.42 | 26,208.97 |
| 12/21/17 | 105 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $918.00; Claim # ; Filed: $918.00 | 3410-000 | | 918.00 | 25,290.97 |
| 12/21/17 | 106 | TD Bank, USA by American InfoSource LP as agent | Distribution payment - Dividend paid at 4.78% of $10,488.30; Claim # 1; Filed: $10,488.30 | 7100-000 | | 501.49 | 24,789.48 |
| 12/21/17 | 107 | Cavalry SPV I, LLC | Distribution payment - Dividend paid at 4.78% of $15,830.25; Claim # 3; Filed: $15,830.25 | 7100-000 | | 756.90 | 24,032.58 |
| 12/21/17 | 108 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services | Distribution payment - Dividend paid at 4.78% of $810.13; Claim # 4; Filed: $810.13 | 7100-000 | | 38.73 | 23,993.85 |
| 12/21/17 | 109 | Capital One, N.A. c/o Becket and Lee LLP | Distribution payment - Dividend paid at 4.78% of $1,334.14; Claim # 5; Filed: $1,334.14 | 7100-000 | | 63.79 | 23,930.06 |
| 12/21/17 | 110 | American Express Centurion Bank c/o Becket and Lee LLP | Distribution payment - Dividend paid at 4.78% of $3,921.73; Claim # 6; Filed: $3,921.73 | 7100-000 | | 187.51 | 23,742.55 |
| 12/21/17 | 111 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 4.78% of $10,700.98; Claim # 7; Filed: $10,700.98 | 7100-000 | | 511.65 | 23,230.90 |
| 12/21/17 | 112 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 4.78% of $6,884.55; Claim # 8; Filed: $6,884.55 | 7100-000 | | 329.17 | 22,901.73 |
| 12/21/17 | 113 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 4.78% of $809.87; Claim # 9; Filed: $809.87 | 7100-000 | | 38.72 | 22,863.01 |
| 12/21/17 | 114 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 4.78% of $564.38; Claim # 10; Filed: $564.38 | 7100-000 | | 26.98 | 22,836.03 |
| | | | Page Subtotals: | | $33,916.00 | $11,079.97 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-04352 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | GABRILO, ZIVKO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4026 | Account #: | ******8700 Checking |
| For Period Ending: | 05/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/21/17 | 115 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 4.78% of $2,328.25; Claim # 11; Filed: $2,328.25 | 7100-000 | | 111.32 | 22,724.71 |
| 12/21/17 | 116 | Midland Funding LLCMidland Credit Management, Inc as agent for Midland Funding, LLC | Distribution payment - Dividend paid at 4.78% of $15,570.11; Claim # 12; Filed: $15,570.11 | 7100-000 | | 744.45 | 21,980.26 |
| 12/21/17 | 117 | CACH, LLCc/o Resurgent Capital Services | Distribution payment - Dividend paid at 4.78% of $2,252.40; Claim # 13; Filed: $2,252.40 | 7100-000 | | 107.69 | 21,872.57 |
| 12/21/17 | 118 | CACH, LLCc/o Resurgent Capital Services | Distribution payment - Dividend paid at 4.78% of $12,789.63; Claim # 14; Filed: $12,789.63 | 7100-000 | | 611.51 | 21,261.06 |
| 12/21/17 | 119 | CACH, LLCc/o Resurgent Capital Services | Distribution payment - Dividend paid at 4.78% of $7,920.11; Claim # 15; Filed: $7,920.11 | 7100-000 | | 378.68 | 20,882.38 |
| 12/21/17 | 120 | MB Financial Bank, as successor by merger to Americ/o Gregory A. McCormick, attorney | Distribution payment - Dividend paid at 4.78% of $427,306.95; Claim # 16; Filed: $427,306.95 Stopped on 03/21/2018 | 7100-000 | | 20,430.81 | 451.57 |
| 12/21/17 | 121 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 4.78% of $9,444.55; Claim # 17; Filed: $9,444.55 | 7100-000 | | 451.57 | 0.00 |
| 03/21/18 | 120 | MB Financial Bank, as successor by merger to Americ/o Gregory A. McCormick, attorney | Distribution payment - Dividend paid at 4.78% of $427,306.95; Claim # 16; Filed: $427,306.95 Stopped: check issued on 12/21/2017 | 7100-000 | | -20,430.81 | 20,430.81 |
| 03/23/18 | 122 | Clerk of the U.S. Bankruptcy Court | Unclaimed dividend- Claim No. 16: MB Financial Bank, as successor by merger | 7100-001 | | 20,430.81 | 0.00 |
| | | **COLUMN TOTALS** | | | 33,916.00 | 33,916.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 33,916.00 | 33,916.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$33,916.00** | **$33,916.00** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)      *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-04352 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | GABRILO, ZIVKO | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4026 | **Account #:** | ******8700 Checking | |
| **For Period Ending:** | 05/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8700 Checking | $33,916.00 | $33,916.00 | $0.00 |
| | **$33,916.00** | **$33,916.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)